THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM M. SINGER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

JOSEPH RUBENSTEIN, Respondent, v. KORET, INC., et al., Defendants, and HERBERT BIENEN et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

In the Matter of GOLDIE WICKHAM, Respondent, against BELLEVUE HOSPITAL IN THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MILDRED T. KEARNS, Respondent, v. THOMAS F. KEARNS, Appellant.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Settle order on notice fixing a new date for the examination to proceed. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

DENNY EISNER, Appellant, v. VEREINIGTE INDUSTRIE-BETRIEBE FUER DEN OSTEN A. G., " OSTINDUSTRIE ", Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ALBERT A. STRAUSS et al., Appellants, v. ARNOLD J. SCHULTZ, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

WALTER A. FUTTER et al., Respondents, v. PARAMOUNT PICTURES, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of JEAN A. KELLER, Appellant. ROBERT B. RALLS and THOMAS R. STRAHAN, Attorneys, Respondents.— Order entered January 25, 1946, so far as appealed from, unanimously affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

DOLORES F. REILLY, as Administratrix of the Estate of DANIEL J. REILLY, Deceased, Respondent, v. SOCONY-VACUUM OIL COMPANY, INC., Appellant, and MORAN TOWING & TRANSPORTATION CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

LINCOLN SQUARE CENTER, INC., Respondent, v. ST. NICHOLAS SPORTS CENTER, INC., Appellant.— Order unanimously modified by reducing the fine to $250, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

SARA HELFIELD, Appellant, v. EDWARD A. HYMAN et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

JOSEPH KAUFMAN, Appellant, v. NEW YORK POLYCLINIC MEDICAL SCHOOL AND HOSPITAL, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

SEVILLA P. BALDWIN, Respondent, v. ELWYN L. BALDWIN, Defendant, and EDGAR C. ZANE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon and Callahan, JJ.